

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-25-00100-CV

| | | |
|---|---|---|
| IN RE M.Z., Relator | § | Original Proceeding |
| | § | 233rd District Court of Tarrant County, Texas |
| | § | Trial Court No. 233-748343-24 |
| | § | May 2, 2025 |
| | § | Memorandum Opinion by Justice Dana Womack |

## JUDGMENT

This court has considered relator's petition for writ of mandamus and holds that the petition should be conditionally granted. We lift the March 20, 2025 temporary emergency stay that we granted and order the trial court to follow all of the procedures outlined in Section 152.206(b) of the Texas Family Code and communicate promptly with the Illinois court. Unless the Illinois court declines jurisdiction according to the Uniform Child Custody Jurisdiction and Enforcement Act, the trial court must dismiss the child-custody part of this case.

It is further ordered that Real Party in Interest A.K. shall pay all of the costs of this proceeding, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS


By: /s/ Dana Womack
    Justice Dana Womack